

**Gabriel P. Harvis**
**Baree N. Fett**

August 23, 2015

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Mack v. City of New York, et al.*, 14 CV 6538 (KAM) (VMS)

Your Honor:

I represent plaintiff in the above-referenced civil rights action.  I write pursuant to the Court's order dated August 18, 2015 to respectfully provide a status report.

Initially, I apologize to the Court for the untimeliness of this submission. I failed to calendar the deadline and our paralegal is on vacation. The matter was settled on August 7, 2015.  Following repeated requests from the undersigned, we received the paperwork from defense counsel on August 21, 2015. I expect Ms. Mack will execute the General Release and Affidavit of Liens this week, and we will promptly forward them to Mr. Pollack's supervisor for processing.

Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

cc:   Elizabeth Dollin, Esq.